**LAW OFFICES OF GENE W. CHOE, A.P.C.**
Luis W. Camacho [SBN 163331]
Shaneil Sharma [SBN 273685]
1735 N. First Street, Suite 220
San Jose, California 95112
Telephone: (408) 579-1970
Facsimile: (408) 579-1975

Attorneys for Plaintiff
HERBERT C. HALL

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342
Formatted: Status1_1

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HERBERT C. HALL,<br><br>Plaintiff,<br><br>v.<br><br>SUNTRUST MORTGAGE, INC. a business entity form unknown, TRUSTEE CORPS, a business entity form unknwon; and DOES 1 through 50;<br><br>Defendants. | Case No.: CV12-02451 MEJ<br><br>**JOINT STIPULATION AND REQUEST FOR PARTIAL DISMISSAL; REQUEST TO STRIKE PUNITIVE DAMAGES**<br><br>Complaint Filed: April 16, 2012 |

**TO THE COURT, ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

WHEREAS: The parties are currently engaged in settlement negotiations;

WHEREAS: Plaintiff stipulates to dismissal with prejudice of Counts two through five of the Complaint filed on April 16, 2012, constituting the following causes of action: (Count 2) Fraud; (Count 3) Conversion; (Count 4) Violation of Business & Professions Code § 17200; (Count 5) Financial Elder Abuse.

WHEREAS: Plaintiff agrees to strike with prejudice, the punitive and exemplary damages requests in the Complaint and the Prayer.

WHEREAS: The parties request that this action be temporarily stayed while the parties engage in further settlement discussions.

Dated: May 31, 2012

Respectfully submitted,

**LAW OFFICES OF GENE W. CHOE, APC**

By: ______________________
Luis W. Camacho
Attorney for Plaintiff
HERBERT C. HALL

**AKERMAN SENTERFITT LLP**

By: */s/ Bryan M. Leifer*
Bryan M. Leifer
Attorney for Defendant
SUNTRUST MORTGAGE, INC.

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HERBERT C. HALL,<br><br>Plaintiff,<br><br>v.<br><br>SUNTRUST MORTGAGE, INC. a business entity form unknown, TRUSTEE CORPS, a business entity form unknwon; and DOES 1 through 50;<br><br>Defendants. | Case No.: CV12-02451 MEJ<br><br>**~~[PROPOSED~~] ORDER GRANTING THE JOINT STIPULATION OF THE PARTIES**<br><br>Complaint Filed: April 16, 2012 |

The Court has considered the joint stipulation between Defendant SunTrust Mortgage, Inc. and plaintiff Herbert C. Hall.

The Court grants the joint stipulation and the counts two through five are hereby dismissed with prejudice, and plaintiff's request for punitive and exemplary damages is stricken. The Court hereby stays the proceedings.

Dated: June 1st, 2011 By: ______________________

Hon. Magistrate Judge Maria-Elena James