UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| HERBERT C. HALL, | No. C 12-2451 MEJ |
| Plaintiff, | **ORDER REQUESTING CASE STATUS UPDATE** |
| v. | |
| SUNTRUST MORTGAGE, INC., et al., | |
| Defendants. | |

On June 1, 2012, the Court granted the parties request to temporarily stay this case while they engaged in further settlement discussions. Dkt. No. 5. As there has been no further docket activity since that time, the Court ORDERS the parties to file a joint status report by October 4, 2012.

**IT IS SO ORDERED.**

Dated: September 20, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge