1  Luis W. Camacho
   Christopher J. Bunch
2  CAMACHO AND ASSOCIATES
   1735 N. First Street, Suite 245
3  San Jose, California 95112
   Telephone: (408) 579-1970
4  Facsimile: (408) 579-1975

5  Attorneys for Plaintiff,
   HERBERT C. HALL

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | HERBERT C. HALL, | Case No.: CV12-02451 MEJ |
|---|---|---|
| 12 | Plaintiff, | Honorable Judge Maria-Elena James |
| 13 | | **STIPULATION FOR DISMISSAL OF ACTION** |
| 14 | vs. | |
| 15 | SUNTRUST MORTGAGE, INC. a business entity form unknown, TRUSTEE CORPS, a business entity form unknwon; and DOES 1 through 50, | |
| 16 | | |
| 17 | | Complaint Filed: April 16, 2012<br>Removal Filed: May 15, 2012 |
| 18 | Defendants. | |

19
20  **PLEASE TAKE NOTICE** that the undersigned Plaintiff and Defendant SUNTRUST
21  MORTGAGE, INC. hereby stipulate to the dismissal of this action, pursuant to Rule 41(a)(1) of the
22  Federal Rules of Civil Procedure.
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
    ///

{24127599;1}                                1                            CASE NO. CV12-02451 MEJ
                          **STIPULATION FOR DISMISSAL**

STIPULATED AND AGREED:

Dated: September 26, 2012                                   **CAMACHO & ASSOCIATES**

By: */s/ Luis Camacho*
Luis Camacho
Attorneys for Plaintiff,
HERBERT C. HALL

Dated:  September 26, 2012                                 **AKERMAN SENTERFITT LLP**

By: */s/ Bryan M. Leifer*
Bryan M. Leifer
Attorneys for Defendant,
SUNTRUST MORTGAGE, INC.

[~~PROPOSED~~] ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that pursuant to the stipulation of the parties, this action is hereby dismissed.

DATED: September 27, 2012        IT IS SO ORDERED.

_____
Hon. Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA