1 Luis W. Camacho
Christopher J. Bunch
2 CAMACHO AND ASSOCIATES
1735 N. First Street, Suite 245
3 San Jose, California 95112
Telephone: (408) 579-1970
4 Facsimile: (408) 579-1975

5 Attorneys for Plaintiff,
HERBERT C. HALL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT C. HALL,<br><br>                              Plaintiff,<br><br>vs.<br><br>SUNTRUST MORTGAGE, INC. a business entity form unknown, TRUSTEE CORPS, a business entity form unknwon; and DOES 1 through 50,<br><br>                              Defendants. | Case No.: CV12-02451 MEJ<br><br>Honorable Judge Maria-Elena James<br><br>**STIPULATION FOR DISMISSAL OF ACTION**<br><br>Complaint Filed: April 16, 2012<br>Removal Filed:   May 15, 2012 |

**PLEASE TAKE NOTICE** that the undersigned Plaintiff and Defendant SUNTRUST MORTGAGE, INC. hereby stipulate to the dismissal of this action, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

///
///
///
///
///
///
///
///

{24127599;1}            1                    CASE NO. CV12-02451 MEJ
**STIPULATION FOR DISMISSAL**

1 | STIPULATED AND AGREED:

2 | Dated: September 26, 2012            **CAMACHO & ASSOCIATES**

By: */s/ Luis Camacho*
Luis Camacho
Attorneys for Plaintiff,
HERBERT C. HALL

7 | Dated: September 26, 2012            **AKERMAN SENTERFITT LLP**

By: */s/ Bryan M. Leifer*
Bryan M. Leifer
Attorneys for Defendant,
SUNTRUST MORTGAGE, INC.

# [~~PROPOSED~~] ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that pursuant to the stipulation of the parties, this action is hereby dismissed.

DATED: September 27, 2012        IT IS SO ORDERED.

_____
Hon. Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA